IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carlo De Los Reyes, et al., | NO. C 04-02362 JW |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Olivia De Mesa Linayao, et al., | |
| Defendants. | |

Carlo De Los Reyes, Zora Noarbe, Anna Marie Ong, Grace Bacero, and Ira Tefora (collectively, "Plaintiffs") bring this diversity action against Olivia De Mesa Linayao, George Santos Linayao, Pleasant Care Corporation, Inc., and Good Samaritan Rehabilitation and Care Center (collectively, "Defendants") for alleged violations of the California Business and Professions Code, Cal. Bus. & Prof. Code § 22440, *et seq.* On June 6, 2006, Plaintiff informed the Court that the parties had reached a settlement. However, the parties have failed to file the necessary Stipulated Dismissal to remove this case from the Court's docket. Accordingly, on or before **March 10, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, California on **Monday, March 17, 2008 at 9:00 a.m**. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for lack of prosecution. On or before **March 10, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional

time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: February 29, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kevin J. Kelly kkelly@pecklaw.com
Sydney Jay Hall sydneyhalllawoffice@yahoo.com

**Dated: February 29, 2008**                            **Richard W. Wieking, Clerk**

                                                      **By: /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**