1  JOHN M. OTTOBONI, SBN: 054263
   DAVID PEARL, SBN: 247734
2  FERRARI OTTOBONI CAPUTO & WUNDERLING
   333 W. Santa Clara Street, Suite 700
3  San Jose, CA 95113
   Telephone: (408) 280-0535
4  Facsimile: (408) 280-0151

5  Attorneys for Defendant Pleasant Care Corporation

6

*IT IS SO ORDERED*
*Judge James Ware*

7            IN THE UNITED STATES DISTRICT COURT
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                       SAN JOSE DIVISION

10 CARLO DE LOS REYES, et al.,           ) NO. C04-023262 JW
11        Plaintiffs,                    ) STIPULATION FOR DISMISSAL
                                         ) WITH PREJUDICE, RULE
12 v.                                    ) 41(a)(1)(ii)
                                         )
13 OLIVIA DE MESA LINAYAO, et al.,       )
                                         )
14        Defendants.                    )

15 ─────────────────────────────────────

16    Plaintiffs Carlo De Los Reyes, Zora Noarbe, Anna Marie Ong, Grace Bacero, and Ira Tefora, by
17 and through their counsel Sydney Jay Hall, and Defendant Pleasant Care Corporation, Inc. by and
18 through its counsel, FERRARI, OTTOBONI, CAPUTO & WUNDERLING hereby stipulate to the
19 dismissal of the above-captioned action with prejudice pursuant to the Federal Rules of Civil Procedure,
20 Rule 41(a)(1)(ii).

21 DATED: 3/7/08                    _____
                                    SYDNEY JAY HALL
22                                  Counsel for Plaintiffs

23

24 DATED: March 7, 2008             FERRARI, OTTOBONI, CAPUTO & WUNDERLING

25

26                                  By: _____
                                    DAVID PEARL
27                                  Attorneys for Defendant Pleasant Care
                                    Corporation

28
   *** ORDER ***
   The Clerk shall close this file.

   Dated: March 11, 2008            _____
                                    JAMES WARE
                                    United States District Judge